IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:

The Search Warrant Issued on
October 24, 2018

Case No. 1:18mj319

Upon motion of the United States, for good cause shown, and based upon the facts and reasons stated in the Supplemental Motion to Seal, it is hereby ORDERED that the case-caption be modified as set out above and the Search Warrant, Application, Affidavit and its Attachments A and B, Return, and Supplemental Motion to Seal in the instant matter be sealed by the Clerk from this date until further order by this Court, except that a copy of the search warrant application and all attachments thereto, and a copy of any warrant issued, be provided to the United States Attorney's Office.

This the 1st day of November, 2018.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**